IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS                                                                PLAINTIFF
ADC# 109369

v.                             No. 2:11-cv-235-DPM

SHANTA HARDY; OFFICER MOORE; OFFICER COX;
OFFICER BARTON; OFFICER RICHARDSON; OFFICER
CARLOCK; OFFICER MULLINS; OFFICER MCDANIELS;
OFFICER CLEMMONS; OFFICER JACKSON; and
OFFICER GRAY, all Correctional Officers, East Arkansas
Regional Unit, ADC, all sued in their individual and
official capacities                                                            DEFENDANTS

ORDER

Evans has not objected to Magistrate Judge J. Thomas Ray's recommendation, *Document No. 5*, that his negligence claim be dismissed with prejudice and other claims be allowed to proceed. Reviewing for legal error and clear factual error on the face of the record, FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes), the Court adopts Judge Ray's recommendation in full. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

2 March 2012