**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARCUS D. EVANS,
ADC #109369                                                                                                   PLAINTIFF

V.                                    2:11CV00235 DPM/JTR

SHANTA HARDY, Officer,
East Arkansas Regional Unit, et al.                                                              DEFENDANTS

**<u>ORDER</u>**

Plaintiff, Marcus Evans, has filed a Motion asking the Court to compel Defendants to allow him to review the: (1) June 1, 2009 Cellblock 6 security video; (2) June 1, 2009 Max hallway security video; (3) June 1, 2009 Max Isolation 1 security video; and (4) transcript of his March 18, 2010 interview with internal affairs. *See* docket entry #84. Plaintiff *incorrectly* states that the Court previously ordered Defendants to allow him to review those items.

To the contrary, on August 21, 2012, the Court noted that Defendants had *agreed* to allow Plaintiff to review the : (1) June 1, 2009 Cellblock 6 security video, which was the only relevant video footage available; and (2) the March 18, 2010 audio recording of Plaintiff's interview with internal affairs. *See* docket entry #78. Accordingly, the Court denied Plaintiff's Second Motion to Compel as to those two

discovery requests. *Id.* Additionally, the Court did not impose a deadline for Defendants to make those recordings available to Plaintiff for review. *Id.*

On September 24, 2012, Defendants sent both recordings to the Deputy Warden of the Varner Super Max for Plaintiff's review. *See* docket entry #85. Defendants did so well before the expiration of the October 26, 2012 discovery deadline. *See* docket entry #69. Thus, Plaintiff's Fourth Motion to Compel is denied.

IT IS THEREFORE ORDERED THAT Plaintiff's Fourth Motion to Compel (docket entry #84) is DENIED.

Dated this <u>1st</u> day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE