## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MARCUS D. EVANS,
ADC #109369                                                      PLAINTIFF

V.                          2:11CV00235 DPM/JTR

SHANTA HARDY, Officer,
East Arkansas Regional Unit, et al.                         DEFENDANTS

### ORDER

Plaintiff, Marcus D. Evans, has filed a Motion asking the Court to compel Defendant Clemmons to respond to his September 26, 2012 Requests for Admission *See* docket entry #98.

Defendant Clemmons' Responses were due thirty days after the Requests for Admission were received by his attorney.  *See* Fed. R. Civ. P. 5(b) and 36(a)(3). Defense counsel received the Request for Admissions on October 3, 2012, and *timely* sent Defendant Clemmons' Responses to Plaintiff 27 days later, on October 30, 2012. *See* docket entry #99.

IT IS THEREFORE ORDERED THAT Plaintiff's Sixth Motion to Compel (docket entry #99) is DENIED.

-1-

Dated this <u>5th</u> day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE