IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS,
ADC #109369                                                                                              PLAINTIFF

V.                                       2:11CV00235 DPM/JTR

SHANTA HARDY, Officer,
East Arkansas Regional Unit, et al.                                                         DEFENDANTS

## ORDER

Service on Defendant Joann Gray at her last known private mailing address has been returned to the Court as undeliverable. *See* docket entry #101. The Court will give Plaintiff's appointed counsel sixty days to serve Defendant Gray. If he is unable to do so, Defendant Gray will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED THAT Plaintiff must serve Defendant Joann Gray within **sixty days of the entry of this Order**.

Dated this 3rd day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE