IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369                                                                                          PLAINTIFF

v.                                         No. 2:11-cv-235-DPM

SHANTA HARDY, Officer, East Arkansas
Regional Unit, ADC; AVERY COX; BRIAN
BARDEN; DAVID RICHARDSON; KENNETH
CARLOCK; DERRICK MULLINS; SHIRELY
MCDANIELS; FARON CLEMMONS;
MOSES JACKSON, III; and JOANN GRAY                                                      DEFENDANTS

ORDER

This case is scheduled for a pretrial conference on Tuesday, 11 March 2014 in Courtroom 1A. The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff Marcus D. Evans (ADC #109369), Varner Supermax, by 9:00 a.m. on 11 March 2014. This will allow time for Evans to meet with appointed counsel before the 11:00 a.m. hearing. If Evans has any legal papers related to this case, the Court directs the ADC to allow Evans to bring them with him to the courthouse.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 February 2014