# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MARCUS D. EVANS**
**ADC #109369**  PLAINTIFF

v.   No. 2:11-cv-235-DPM

**SHANTA HARDY, Officer, East Arkansas**
**Regional Unit, ADC; AVERY COX; BRIAN**
**BARDEN; DAVID RICHARDSON; KENNETH**
**CARLOCK; DERRICK MULLINS; SHIRELY**
**MCDANIELS; FARON CLEMMONS;**
**MOSES JACKSON, III; and JOANN GRAY**  DEFENDANTS

## ORDER

Evans's motion *in limine*, № 117, is granted as agreed with the caveats stated on the record at today's pretrial conference. The defendants' opposed motion *in limine*, № 119, is granted on all points except for the areas of agreement noted in defendants' reply. Evans's unopposed oral motion for a continuance is denied. The Court directs the parties to coordinate to allow Evans to interview the defendants informally. The Court also directs defense counsel to provide color photographs, and Hardy's medical records from Forrest City Medical Center, if they are available.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2014