IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369                                                                PLAINTIFF

No. 2:11-cv-235-DPM

SHANTA HARDY, Officer, East Arkansas
Regional Unit, ADC; AVERY COX; BRIAN
BARDEN; DAVID RICHARDSON; KENNETH
CARLOCK; DERRICK MULLINS; SHIRELY
MCDANIELS; FARON CLEMMONS;
MOSES JACKSON, III; and JOANN GRAY           DEFENDANTS

ORDER

   **1.**  This case is scheduled for a final pretrial hearing and a jury trial on Monday, 7 April 2014, at the Richard Shepard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

   **2.**  The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff Marcus D. Evans (ADC #109369),

Varner SuperMax Unit, at 8:15 a.m. on 7 April 2014 and each day thereafter until completion of the trial.

   3.  The Court further directs the Arkansas Department of Correction to send Evans's complete institutional and medical files with him and to allow Evans to bring any legal papers he wants to court.

   So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>11 March 2014</u>