IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369                                                                                    PLAINTIFF

No. 2:11-cv-235-DPM

SHANTA HARDY, Officer, East Arkansas
Regional Unit, ADC; AVERY COX; BRIAN
BARDEN; DAVID RICHARDSON; KENNETH
CARLOCK; DERRICK MULLINS; SHIRELY
MCDANIELS; FARON CLEMMONS;
MOSES JACKSON, III; and JOANN GRAY                          DEFENDANTS

ORDER

1. This case is scheduled for a jury trial the week of 7 April 2014, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

2. The Court directs the Arkansas Department of Correction to ensure the attendance of witnesses, Tobias L. Harris (ADC #510080) and William Christopher Moore (ADC #127360), Tucker Maximum Security Unit, at 8:15 a.m. on Tuesday, 8 April 2014.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>11 March 2014</u>