

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 2 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369                                                    PLAINTIFF

v.                          No. 2:11-cv-235-DPM

SHANTA HARDY, Officer, East Arkansas
Regional Unit, ADC; AVERY COX; BRIAN
BEARDEN; DAVID RICHARDSON;
KENNETH CARLOCK; DERRICK MULLINS;
SHIRLEY MCDANIELS; FARON CLEMMONS;
MOSES JACKSON, III; and JOANN GRAY              DEFENDANTS

ORDER

The Court notes and appreciates the parties' suggestions and objections, № 142 & 143, to the Court's working draft of instructions. New drafts are attached. I've tried to address most of the points in some way. A few are overruled. We'll discuss the current drafts at 8:30 Monday morning at the final pretrial.

1. **Evans**

- 1-4:   I've deleted references to names of particular officers in the statement of the case and preliminary instructions. I need to hear from Defendants, and hear the proof, before deciding which claims are submitted against which Defendant.

- 5-7:   Adopted.

- 8:     I've created draft 12A about McDaniels, but am uncertain whether I'll instruct.

- 9: I will incorporate Clemmons and Gray into draft No. 13, but am uncertain whether I'll instruct.

- 10: Adopted.

- 11: We'll see on spoliation.

## 2. Defendants

- 1:01: I've revised the excessive-force and deliberate-indifference sections as suggested.

- 1:02: Overruled.

- 1:06: Adopted.

- 1:07: Adopted.

- 3: Revised some, otherwise overruled. The *Roberts* quotation is unhelpful.

- 14: No change for now. I need to hear from Evans on this.

- 16: Adopted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 April 2014