IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369                                                              PLAINTIFF

v.                          No. 2:11-cv-235-DPM

SHANTA HARDY; AVERY COX;
BRYANT BARDEN; DERRICK MULLINS;
SHIRLEY MCDANIEL; FARON CLEMMONS;
MOSES JACKSON, III; and JOANN GRAY              DEFENDANTS

ORDER

All claims against David Richardson and Kenneth Carlock were dismissed without prejudice at the beginning of trial. The Court directs the Clerk to correct the spelling of two defendants' names. They should be Bryant Barden, not Brian Bearden, and Shirley McDaniel, not Shirley McDaniels.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 April 2014