IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369     PLAINTIFF

v.     No. 2:11-cv-235-DPM

SHANTA HARDY; AVERY COX; MOORE;
BRYANT BARDEN; DAVID RICHARDSON;
KENNETH CARLOCK; DERRICK MULLINS;
SHIRLEY MCDANIEL; FARON CLEMMONS;
MOSES JACKSON, III; and JOANN GRAY     DEFENDANTS

ORDER

Evans's response on the remittitur, № 166, noted and appreciated. The Court looks forward to receiving the State's response on the fees issue by 24 July 2014. An amended judgment including the remittitur and the fees will issue in due course.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2014