IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369                                                                    PLAINTIFF

v.                          No. 2:11-cv-235-DPM

SHANTA HARDY; AVERY COX; MOORE;
BRYANT BARDEN; DAVID RICHARDSON;
KENNETH CARLOCK; DERRICK MULLINS;
SHIRLEY MCDANIEL; FARON CLEMMONS;
MOSES JACKSON, III; JANICE GRAY; and
JOANN GRAY                                                                     DEFENDANTS

ORDER

Evans's motion for fees and costs, № 158, is granted as modified. Evans seeks attorney's fees for the full statutory amount of $29,250.00 and costs in the amount of $966.71. The State doesn't oppose the costs, or Evans's method for calculating fees. It does, however, contend that the fees should be calculated based on the reduced damages amount. № 168. The Court agrees, and uses the reduced amount of damages — $15,500.00 — to calculate the fees. Having reviewed the time expended and considering the results obtained, the Court awards Evans $23,250.00 in attorney's fees and $966.71 in costs. 42 U.S.C. § 1997e(d); 42 U.S.C. § 1988(b); *Fires v. Heber Springs School District*, 2014 WL 2441955, at *1-2 (8th Cir. 2 June 2014) (*per curiam*).

-2-

So Ordered.

*DPMarshall*

D.P. Marshall Jr.
United States District Judge

31 July 2014