IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS D. EVANS
ADC #109369                                                    PLAINTIFF

v.                              No. 2:11-cv-235-DPM

SHANTA HARDY; AVERY COX; MOORE;
BRYANT BARDEN; DAVID RICHARDSON;
KENNETH CARLOCK; DERRICK MULLINS;
SHIRLEY MCDANIEL; FARON CLEMMONS;
MOSES JACKSON, III; JANICE GRAY; and
JOANN GRAY                                                     DEFENDANTS

## AMENDED JUDGMENT

Marcus Evans shall have judgment against Faron Clemmons for $11,000.00 and against Moses Jackson, III for the accepted remitted amount of $4,500.00. Evans shall have judgment against Clemmons and Jackson, jointly and severally, for $23,250.00 in attorney's fees and $966.71 in costs. Post-judgment interest will continue to accrue at 0.10% per annum, until the amounts due are paid in full. 28 U.S.C. § 1961(a)-(b).

_____
D.P. Marshall Jr.
United States District Judge

_31 July 2014_